FERNÁNDEZ *v*. THE DISTRICT COURT.

APPLICATION for a Writ of Certiorari.

No. 1.—Decided April 29, 1904.

CERTIORARI.—The writ of *certiorari* will issue only to correct errors of procedure, and not errors of substantive law.

ID.—REQUIREMENTS OF APPLICATION.—An application for a writ of *certiorari* must be made under oath, in the same manner and form as petitions for the writ of *habeas corpus*.

STATEMENT OF THE CASE.

In the application filed in this case the plaintiff sets out the facts constituting the ground thereof, in the following terms:

"Que me veo en la necesidad de solicitar un Auto de *Certiorari* que ponga término á las actuaciones ilegales que se siguén, por el procedimiento sumarísimo de la Ley Hipotecaria, en el Tribunal del Distrito de Mayagüez, en perjuicio de mis representados.

Los hechos sobre que versa el referido procedimiento y las razones en que fundo mi petición son, sucintamente expuestos, como siguen:

Mr. Herbert E. Smith promovió el día quince de Enero de los corrientos contra Don José Antonio Fernández, en su carácter de representante legal de sus menores hijos, una ejecución sumarísima para el cobro de un crédito hipotecario ya prescrito, según consta de los mismos documentos presentados, en los que se pretende basar la ejecución.

El Tribunal proveyó á tal solicitud de conformidad y sigue la ejecución, á pesar de las manifestaciones y alegaciones hechas por mi cliente al ser requerido de pago.

Tal procedimiento es ilegal por hallarse en contradicción con las disposiciones tanto de la vigente como de la antigua Ley Hipotecaria, así como con la legislación común, civil, vigente y anterior."

Abogado del demandante: *Sr. Alvárez Nava.*

*Opinión del Tribunal.*

*Se deniega* el auto de Certiorari porque lo que se pide no está autorizado por la Ley de *Certiorari,* según la cual se admite la solicitud cuando el procedimiento no está en conformidad con la ley, mas no cuando se trata de un error de derecho, el que, según las alegaciones del solicitante, el Tribunal de Distrito de Mayagüez está cometiendo, por más que el Abogado lo califica como error de procedimiento, habiendo además otro motivo para denegar la moción, cual es el de no haber sido hecha bajo juramento, en la misma manera y forma que las peticiones de Habeas Corpus.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández, Figueras, Sulzbacher y MacLeary.

"That I am compelled to apply for a writ of *certiorari*, that may put an end to the illegal process being followed under the summary proceedings of the Mortgage Law, in the District Court of Mayagüez, to the prejudice of my clients.

"The facts involved in aforesaid proceedings, and the reasons upon which I base my petition, succinctly stated, are as follows:

"Mr. Herbert E. Smith instituted, on the 15th of January of the present year, against José Antonio Fernández, as legal representative of his minor children, a summary executory proceeding for the recovery of a mortgage debt, already elapsed, as shown by the very documents filed, upon which the execution is claimed to be based.

"The court admitted the application as formulated, and the execution is being proceeded with, notwithstanding the statements and allegations made by my client upon his being summoned to pay.

"Such proceedings are illegal because contrary to the provisions both of the present and of the old Mortgage Law, as also to the common civil legislation now and formerly in force."

*Mr. Alvarez Nava*, for plaintiff.

### Opinion of the Court.

The writ of *certiorari* is denied because what is requested is not authorized by the law of *certiorari*, according to which the application is admitted when the proceedings fail to conform to the law, but not when it is based upon an error of law, such as the one being committed by the District Court of Mayagüez, according to the allegations of the applicant, although described by counsel as an error of procedure. Moreover, there is another reason for denying the motion, namely, that it was not made under oath, in the same manner and form as petitions for *habeas corpus*.

Chief Justice Quiñones and Justices Hernández, Figueras, Sulzbacher and MacLeary concurred.